# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Hansen, Erick Halkier | Docket No. | 2:14CR00184-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Stephanie N. Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erick Halkier Hansen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 15th day of January 2015, under the following conditions:

Condition #15: HOME CONFINEMENT/ELECTRONIC/GPS MONITORING-Defendant shall participate in one or more of the following home confinement program(s):

Electronic Monitoring: The defendant shall participate in a program of electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

GPS Monitoring: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: On or about January 17, 2015, the defendant failed to charge his GPS unit as required, causing the unit to die.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 23, 2015

by    s/Stephanie Cherney

Stephanie N. Cherney
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

January 26, 2015

Date