# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Hansen, Erick Halkier | Docket No. | 2:14CR00184-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephanie N. Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erick Halkier Hansen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 12th day of January 2015, under the following conditions:

**Condition #2**: Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On May 1, 2015, pretrial services in the Central District of California found that the defendant had moved without advising pretrial services.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   May 14, 2015

by   s/Stephanie N. Cherney

Stephanie N. Cherney
U.S. Pretrial Services Officer

THE COURT ORDERS

[ X ]   No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

May 15, 2015
Date